```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


WILLIAM F. BROWN, JR.,                  )   2:11-cv-01886-ECR-CHW
                                        )
     Plaintiff,                         )   MINUTES OF THE COURT
                                        )
vs.                                     )   DATE: December 14, 2011
                                        )
                                        )
TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN     )
AND HELPERS LOCAL UNION 631, et al.,    )
                                        )
                                        )
                                        )
     Defendants.                        )
_____)

PRESENT:       EDWARD C. REED, JR.                   U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

        It is ordered that this case be referred to Chief Judge Robert C. Jones for reassignment.


                                          LANCE S. WILSON, CLERK

                                          By        /s/
                                                 Deputy Clerk