```
                       UNITED STATES DISTRICT COURT
                            DISTRICT OF NEVADA




WILLIAM F. BROWN, JR.,                  )    2:11-cv-01886-ECR-CHW
                                        )
     Plaintiff,                         )    MINUTES OF THE COURT
                                        )
vs.                                     )    DATE: December 14, 2011
                                        )
                                        )
TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN     )
AND HELPERS LOCAL UNION 631, et al.,    )
                                        )
                                        )
                                        )
     Defendants.                        )
_____)
```

PRESENT:      EDWARD C. REED, JR.                       U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN        Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

      It is ordered that this case be referred to Chief Judge Robert C. Jones for reassignment.


                                             LANCE S. WILSON, CLERK

                                             By       /s/
                                                  Deputy Clerk